144 A.3d 716

**STATE of Maryland**

v.

**YOUNG, Wayne Stephen**

**Pet. Docket No. 582, Sept. Term, 2015**

Court of Appeals of Maryland.

August 22, 2016

Petition for writ of certiorari denied.

∎

144 A.3d 716

**STATE of Maryland**

v.

**BOWMAN, Darrell**

**Pet. Docket No. 581, Sept. Term, 2015**

Court of Appeals of Maryland.

August 26, 2016

Petition for writ of certiorari granted.